# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

| | |
|---|---|
| KIMBERLY DESANTIS o/b/o D.G., a minor child, | Case Number: |
| Plaintiff, | |
| -v- | 1:05cv363 (NPM) |
| The Commissioner of Social Security, | |
| Defendant. | |

[X]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, the Commissioner's determination in this matter be affirmed, and the plaintiff's Complaint is dismissed.

All of the above pursuant to an Order of the Senior United States District Court Neal P. McCurn, dated March 31, 2009.

Dated: March 31, 2009

Lawrence K. Baerman, Clerk

*/s/ Lawrence K. Baerman*
Clerk of Court

s/

Marie N. Marra, Deputy Clerk